UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIKE PETINSKY, Individually

        Plaintiff,

vs.                                                    Case No.   13-23522-civ-WPD

WOODS STERLING LLC,
a Florida limited liability company,

        Defendant.
_____/

## FINAL ORDER APPROVING AND ENTERING
## CONSENT DECREE AND DISMISSING CASE

THIS CAUSE is before the Court on the Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice [DE 20], filed herein on March 11, 2014. The Court has considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice [DE 20] is **APPROVED**;

2. The Consent Decree [DE 20-1] is **APPROVED**, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;

3. The above-styled cause is hereby **DISMISSED with prejudice**;

4. The Clerk shall **CLOSE** this case and **DENY AS** MOOT any pending motions.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 11th day of March, 2014.

*[signature: William P. Dimitrouleas]*

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record